IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| STACY KINCH, individually,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY TODD, in his individual capacity,<br><br>Defendant. | **ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL**<br><br>Civil No. 4:24-cv-00012-TS-PK<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Paul Kohler |

For the reasons set forth in their motion,[1] Karra J. Porter, M. Tanner Clagett, and their firm CHRISTENSEN & JENSEN, P.C.'s Motion for Withdrawal of Counsel is hereby GRANTED. Plaintiff or new counsel must file a notice of appearance within twenty-one (21) days after entry of this Order. Failure to do so may result in sanctions including but not limited to dismissal.

DATED this 25th day of April, 2024.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 8, filed April 24, 2024.