IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STACY E. KINCH,<br><br>     Plaintiff,<br><br>v.<br><br>ZACHARY TODD,<br><br><br>     Defendant. | ORDER TO SHOW CAUSE<br><br>Case No. 4:24-cv-00012-AMA-PK<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

On April 25, 2024, Plaintiff's counsel was permitted to withdraw.[1] Plaintiff was ordered to either enter an appearance pro se or have new counsel file a notice of appearance within twenty-one (21) days. Plaintiff was warned that "[f]ailure to do so may result in sanctions including but not limited to dismissal."[2]

To date, Plaintiff has failed to comply with the Court's Order. Plaintiff is hereby directed to show cause for this failure. Plaintiff must respond to this Order in writing no later than August 16, 2024. Failure to adequately show cause may result in sanctions, including but not limited to default judgment.

DATED July 15, 2024.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 9.

[2] *Id.*